1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

ANTWOINE DESHAWN BARNES,

12

Plaintiff,

13

v.

14

VAN NESS, et al.,

15

Defendants.

16

17

Case No. 1:20-cv-00625-NONE-EPG (PC)

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS
(ECF No. 6)

and

ORDER DIRECTING PAYMENT
OF INMATE FILING FEE BY THE KINGS
COUNTY SHERIFF

18    Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested

19  leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing

20  required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted.

21    Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

22  § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of

23  the preceding month's income credited to Plaintiff's trust account.  The Kings County Sheriff is

24  required to send to the Clerk of Court payments from Plaintiff's account each time the amount in

25  the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26    In accordance with the above and good cause appearing therefore, IT IS HEREBY

27  ORDERED that:

28    1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

1

1

2      **2.   The Sheriff of Kings County Jail or his or her designee shall collect payments**

3 **from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of**

4 **the preceding month's income credited to the prisoner's trust account and shall**

5 **forward those payments to the Clerk of Court each time the amount in the account**

6 **exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has**

7 **been collected and forwarded to the Clerk of Court.  The payments shall be clearly**

**identified by the name and number assigned to this action.**

8      3.   The Clerk of Court is directed to serve a copy of this order and a copy of

9 Plaintiff's application to proceed in forma pauperis on the Sheriff of Kings County Jail,

10 via the United States Postal Service.

11      4.   The Clerk of Court is directed to serve a copy of this order on the Financial

12 Department, U.S. District Court, Eastern District of California, Sacramento Division.

13

14 IT IS SO ORDERED.

15      Dated:   __May 13, 2020__           /s/ Erica P. Grosjean

16                                       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2