UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>    Plaintiff,<br><br>  v.<br><br>VAN NESS, et al.,<br><br>    Defendants. | No. 1:20-cv-00625-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. Nos. 1, 9, & 11) |

       Antoine Barnes ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On July 29, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending "that all claims and defendants be dismissed, except for Plaintiff's Eighth Amendment sexual harassment claim against Deputy Van Ness."  (Doc. No. 11 at 2.)

       Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline for filing objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the magistrate judge on July 29, 2020 (Doc. No. 11), are ADOPTED in full;
2. All claims and defendants are dismissed, except for Plaintiff's Eighth Amendment sexual harassment claim against Deputy Van Ness; and
3. The Clerk of Court is directed to reflect the dismissal of defendants Shaffer, Gomez, and Robles on the court's docket.

IT IS SO ORDERED.

Dated:   **August 31, 2020**

UNITED STATES DISTRICT JUDGE