UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>      Plaintiff,<br><br>  v.<br><br>VAN NESS,<br><br>      Defendant. | Case No. 1:20-cv-00625-NONE-EPG (PC)<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON ASHLEY REYES |

     Antoine Barnes ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

     On October 14, 2020, Defendant filed his waiver of service, acknowledging that he had sixty days from August 12, 2020, to file his responsive pleading.  (ECF No. 22).  This deadline has passed, and Defendant has not filed his responsive pleading.  Accordingly, the Court gives Defendant until the close of business on October 30, 2020, to file his responsive pleading.  If Defendant fails to file his responsive pleading by the close of business on October 30, 2020, the Court will direct the Clerk of Court to enter Defendant's default.

     Additionally, the Clerk of Court is directed to serve a copy of this order on Ashley Reyes, Weakley & Arendt, PC, 5200 N Palm Ave Ste 211, Fresno, CA 93704-2225.

IT IS SO ORDERED.

    Dated:  **October 15, 2020**                /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE