1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

ANTOINE DESHAWN BARNES,

12

Plaintiff,

13

v.

14

VAN NESS,

15

Defendant.

16

17

Case No. 1:20-cv-00625-NONE-EPG (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT

(ECF No. 27)

18      Antoine Barnes ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this

19 civil rights action pursuant to 42 U.S.C. § 1983.

20      On November 12, 2020, Plaintiff filed a request for the Court to rule in his favor on

21 default, which the Court construes as a motion.  (ECF No. 27).  Plaintiff correctly points out that

22 Defendant failed to timely file his responsive pleading, and that the Court extended his deadline

23 to do so.  Plaintiff then appears to allege that Defendant failed to file his responsive pleading by

24 the Court ordered deadline.  However, Plaintiff is incorrect.  The Court gave Defendant until the

25 close of business on October 30, 2020, to file his responsive pleading (ECF No. 23), and

26 Defendant filed an answer on October 29, 2020 (ECF No. 25).  Thus, Defendant was in

27 compliance with this Court's order and not in default at the time Plaintiff filed this motion.

28      Accordingly, IT IS ORDERED THAT Plaintiff's request for the Court to rule in his favor

1  on default, which the Court construes as a motion, is DENIED.[1]

2

3  IT IS SO ORDERED.

4     Dated:   **November 13, 2020**          /s/ _Erica P. Grosjean_

5                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  _____

27     [1] In the motion, Plaintiff also makes allegations regarding the conduct of deputies at Monterey County Jail. However, this case is not proceeding against any deputies at Monterey County Jail.  If Plaintiff believes his rights are being violated by deputies at Monterey County Jail he may file a separate action against those deputies.

28