UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>        Plaintiff,<br><br>   v.<br><br>VAN NESS,<br><br>        Defendant. | Case No. 1:20-cv-00625-NONE-EPG (PC)<br><br>ORDER REQUIRING DEFENDANT TO FILE UPDATED REPORT RE: SETTLEMENT CONFERENCE WITHIN SEVEN DAYS |

On August 17, 2021, the Court issued a minute order stating: "The Court has received Defendant's report indicating that 'Defendant Deputy Van Ness does not believe that a settlement conference would be a good use of judicial resources and would result in unnecessary fees and expenses incurred by the County of Kings.' (ECF No. 39 , pgs. 1-2). Accordingly, the Court will not set a settlement conference at this time. However, to the extent any claims remain following a ruling on dispositive motions, no later than 14 days after the final order on dispositive motions, or 14 days after the deadline for dispositive motions if none are filed, Defendant shall file an updated report regarding whether Defendant wants the Court to set a settlement conference." (ECF No. 40).

The dispositive motion deadline was November 1, 2021 (ECF No. 36), and no dispositive motions were filed. Accordingly, Defendant's deadline to file an updated report regarding whether Defendant wants the Court to set a settlement conference has passed, and

Defendant failed to file the report.

Accordingly, IT IS ORDERED that Defendant has seven days from the date of service of this order to file an updated report regarding whether Defendant wants the Court to set a settlement conference.

IT IS SO ORDERED.

Dated:  **November 18, 2021**                     /s/ *Erica P. Grosjean*
                                                                  UNITED STATES MAGISTRATE JUDGE