# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>      Plaintiff,<br><br>  v.<br><br>VAN NESS,<br><br>      Defendant. | Case No. 1:20-cv-00625-NONE-EPG (PC)<br><br>ORDER REQUIRING DEFENDANT TO FILE UPDATED REPORT RE: SETTLEMENT CONFERENCE WITHIN SIXTY DAYS |

On November 24, 2021, Defendant filed a report regarding settlement conference. (ECF No. 52).  According to Defendant, Plaintiff has not yet responded to his discovery requests, despite being ordered to do so by the Court.  "Defendant is still without information to analyze Plaintiff's damages, if any.  That said, Defendant does not believe that a settlement conference would be a good use of judicial resources and would result in unnecessary fees and expenses incurred by the County of Kings."  (Id. at 2).

Given Defendant's report, the Court will not require the parties to participate in a settlement conference at this time.  However, the Court will require Defendant to file an updated report within sixty days.

\\\

\\\

\\\

1

Accordingly, IT IS HEREBY ORDERED that Defendant has sixty days from the date of service of this order to file an updated report regarding whether Defendant wants the Court to set a settlement conference.

IT IS SO ORDERED.

Dated:   **November 29, 2021**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE