UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>            Plaintiff,<br><br>     v.<br><br>VAN NESS,<br><br>            Defendant. | Case No. 1:20-cv-00625-NONE-EPG (PC)<br><br>ORDER REGARDING PLAINTIFF'S "ORDER TO SHOW CAUSE PER DISCOVERY MOTIONS, REVIEW CAMERAS ON COMBINING BOTH COGNIZABLE CLAIMS ON HAVING A SETTLEMENT CONFERENCE TODAY…."<br><br>(ECF No. 54) |

      Antoine Barnes ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On December 8, 2021, Plaintiff filed an "Order to Show Cause Per Discovery Motions, Review Cameras on Combining Both Cognizable Claims on Having a Settlement Conference Today in Cases #1:20-CV-00333 BAM #1:20-CV-00625-NONE-EPG 9th Circuit #21-16715." (ECF No. 54). In the filing, Plaintiff summarizes the claims in the cases and asks the Court to set a combined settlement conference. Plaintiff also attaches a prior filing he made in this case, as well as an order to show cause issued by the Ninth Circuit.

      As to Plaintiff's request for the Court to set a combined settlement conference, it is DENIED. <u>Barnes v. Blackburn</u>, E.D. CA Case No. 1:20-cv-00333, has been dismissed, and the defendant in this case has indicated that a settlement conference would be a waste of resources

\\\

1

at this time (ECF No. 52).[1]

    To the extent Plaintiff intended his filings to be a response to the order to show cause issued by the Ninth Circuit, Plaintiff should make the filings with the Ninth Circuit.

IT IS SO ORDERED.

Dated: **December 9, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] While the Court is denying Plaintiff's request, it may set a settlement conference at a later date.