UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>        Plaintiff,<br><br>   v.<br><br>VAN NESS,<br><br>        Defendant. | No. 1:20-cv-00625-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 49, 50) |

Antoine Barnes ("plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2021, plaintiff filed what the Court construes as a request for injunctive relief. (Doc. No. 49.) On November 10, 2021, the assigned magistrate judge issued findings and recommendations, recommending "that Plaintiff's filing (ECF No. 49), which the Court construes as a motion for injunctive relief, be DENIED." (Doc. No. 50 at p. 2.)

The parties were provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper

analysis.

Accordingly,

1. The findings and recommendations issued on November 10, 2021, (Doc. No. 50), are adopted in full; and

2. Plaintiff's filing, (Doc. No. 49), which the court construes as a motion for injunctive relief, is denied.

IT IS SO ORDERED.

Dated: **December 20, 2021**   /s/ Dale A. Drozd

UNITED STATES DISTRICT JUDGE